# **APPENDIX TABLE OF CONTENTS**

A. *United States v. Salameh, et al*, District Court Docket Entries, 93cr-180 ... A-1

B. Notice of Appeal ... A-68

C. *United States v. Yousef*, 2011 WL 3422834 ... A-74

D. *United States v. Yousef*, 2011 WL 442334 ... A-76

E. CJA Assignment Order, April 8, 2010 ... A-78

F. Motion for Reconsideration, Sept. 2, 2011 ... A-81

G. Under Seal ... A-104

H. Under Seal ... A-105

I. Letter of Jan. 10, 2011 re Paralegal appointment ... A-106

J. CJA21 re Paralegal Appointment ... A-108

K. Under Seal ... A-110

L. Under Seal ... A-111

M. Habeas Corpus Petition, Memorandum of Law & Exhibits ... A-112

N. Under Seal ... A-226