IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02585-RPM

RAMZI YOUSEF,

    Petitioner,
v.

UNITED STATES OF AMERICA,

    Respondent.

_____

ORDER TO ANSWER
_____

    This matter originated in the United States District Court for the Southern District of New York, but a motion under 28 U.S.C. § 2255 in which Ramzi Yousef challenges the conditions of his confinement at U.S.P. Administrative Maximum, in Florence, Colorado.  After proceeding in that court and in the United States Court of Appeals for the Second Circuit, the mater has been transferred to this court as an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2242.  Upon review of the pleadings filed to this time, it appears that the United States should file an answer and it is therefore

    ORDERED that on or before January 31, 2013, the United States Attorney for the District of Colorado shall file an answer to the application.

    DATED: December 21st, 2012

                                                    BY THE COURT:

                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior Judge