IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02585-RPM

RAMZI YOUSEF,

      Petitioner,
v.

UNITED STATES OF AMERICA,

      Respondent.

_____

## ORDER EXTENDING TIME TO FILE A REPLY
_____

Upon review of a letter to the Court filed today [14], wherein plaintiff's counsel requests an unopposed extension of time to file a reply, it is

ORDERED that the request is granted and defendant is granted additional time, to and including February 22, 2013, to file a reply to defendant's response.

DATED: January 31, 2013

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge