UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
═══════════════════════════════ :
RAMZI YOUSEF,                                                :
                                                             :
    Plaintiff-Petitioner,                                  :    NOTICE OF MOTION
                                                             :
                                                             :
    — *versus* —                                            :    12-cv-2585 (RPM)
                                                             :
                                                             :
UNITED STATES,                                               :
                                                             :
    Defendant.                                             :
═══════════════════════════════ :

    PLEASE TAKE NOTICE that the below named attorney of record Bernard V. Kleinman, Esq., attorney for the named Petitioner herein, will move this Court before the Hon. Richard P. Matsch, United States District Judge, District of Colorado, at the Byron Rogers U.S. Courthouse, at 1823 Stout Street, Denver, CO 80294, at a time that is convenient to the Court for an order:

1. Striking the "Letter" from Petitioner Yousef, listed as Docket Entry No. 48 from the record;

2. Precluding the Government from utilizing or referring to any information contained therein, and returning to Counsel all copies of said letter, and providing a Declaration that all such copies have been destroyed, as the Letter was addressed to Petitioner's Counsel and not designated for filing, and

3. for such further relief as this Court shall deem just and proper.

Dated: White Plains, NY
       Oct. 9, 2013

                              Respectfully submitted,

*[signature]*

BERNARD V. KLEINMAN, ESQ.
Attorney for Petitioner Yousef
LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
2 Gannett Drive
Suite 418
White Plains, NY 10604

To:   Hon. Richard P. Matsch
      United States District Judge
      District of Colorado
      Byron Rogers United States Courthouse
      1929 Stout Street
      Denver, CO 80294

      Clerk of the Court
      U.S. District Court
      District of Colorado
      901 Nineteenth Street
      Denver, CO 80294

      Susan Prose, Esq.
      Assistant U.S. Attorney
      District of Colorado
      1225 Seventeenth Street
      Denver, CO 80202

```
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
======================================
RAMZI YOUSEF,

            Plaintiff-Petitioner,           :     AFFIRMATION IN SUPPORT
                                            :     OF MOTION
            — versus —                      :     12-cv-2585 (RPM)

UNITED STATES,

            Defendant.                      :
======================================
```

STATE OF NEW YORK}
COUNTY OF WESTCHESTER}         s.s.:

I am Bernard V. Kleinman, an attorney duly admitted to practice law before the bar of this Court, and I do make this Affirmation and Declaration under the laws against perjury of the United States, 28 U.S.C. § 1746.

1. I am an attorney duly admitted to practice law before the bar of this Court, having been duly admitted on or about August 3rd, 1998.

2. I am the duly CJA appointed attorney representing the named Petitioner herein, Ramzi Yousef.

3. On this date (October 9th, 2013) I received ECF notification that a "Letter" as addressed to me (and "CC"d to the Court) was filed on the docket sheet as Docket Entry No. 48.

4. This letter from my client was written in response to his receipt from me of the Redacted version of the Government's Response (Docket Entry Nos. 41

and 42) to Mr. Yousef's Petition for habeas relief. See Docket Entry Nos. 3, 4, 5 and 6.

5. Counsel herein had provided this copy to his client preparatory to formulating planned discovery (and served as the basis for Counsel's previously filed motion for travel, see Docket Entry No. 43).

6. Completely unbeknownst to Counsel Mr. Yousef filed this 32 page letter containing his analysis of at least portions of the Government's Response.

7. Had Counsel known beforehand of this planned filing, he would have directed his client not to do so.

8. This filing should be stricken from the record as Petitioner may have breached the attorney-client privilege (though Counsel would oppose any such claim by the Government).

9. This "Letter" should be stricken as it contains personal information from the client that should not be made public. *See, e.g.*, pp. 15-16 referencing phone calls between the Petitioner and his family.

10. This "Letter" should be stricken as it clearly contains Petitioner's advice to Counsel on issues of discovery. *See, e.g.*, p. 28, "I suggest you take depositions from . . ."; p. 11, "I hope more would come out thru the discovery process, . . ."; p. 15, "I hope this will be exposed thru discovery."; p. 19, "I'll present one example for now, and leave the rest until I get the discovery material."; p. 6, "I suggest here that you take a deposition from former Warden Hood, . . ."

11. This "Letter" should be stricken as it was addressed to Counsel, with a copy to Your Honor, however, with no apparent request that it be formally filed on the public docket. See, e.g., p. 30, "I wasn't even allowed to call my attorney by phone — that is until you went to court and the Judge forced them to let you talk to me by phone." Emphasis added. This is further established by the fact that Mr. Yousef refers to Counsel herein repeatedly as "you", but uses the third person to refer to the Court, e.g., "the Judge" or "the Court". See, e.g., p. 32, "Invite the Judge to visit ADX . . ." In addition, the "Letter" is written as such the salutation being "Dear Bernard", and the closing being "Very truly yours".

12. This "Letter" should be stricken from the record as the Petitioner has competent Counsel who has diligently and forcefully represented his client for more than 15 years, and only such filings from Counsel should be filed with the Court except in the event there exist issues that the Petitioner believes Counsel should bring before the bar of this Court and has failed to do so. An event which has not taken place, and of which there is no indication in Mr. Yousef's "Letter".

13. Counsel herein has contacted Assistant U.S. attorney Prose and she has informed Counsel that, with regard to this motion, the Government does not oppose that portion only seeking the Court issuing an Order striking Docket Entry No. 48 from the record.

WHEREFORE, it is respectfully requested that the Court grant the relief requested herein.

Dated: White Plains, NY
       October 9, 2013

                                          Respectfully submitted,

                                          BERNARD V. KLEINMAN, ESQ.
                                          Attorney for Petitioner Yousef
                                          LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
                                          2 Gannett Drive
                                          Suite 418
                                          White Plains, NY 10604

To:    Hon. Richard P. Matsch
       United States District Judge
       District of Colorado
       Byron Rogers United States Courthouse
       1929 Stout Street
       Denver, CO 80294

       Clerk of the Court
       U.S. District Court
       District of Colorado
       901 Nineteenth Street
       Denver, CO 80294

       Susan Prose, Esq.
       Assistant U.S. Attorney
       District of Colorado
       1225 Seventeenth Street
       Denver, CO 80202

## CERTIFICATE OF SERVICE

I hereby certify, under the laws against perjury of the United States, that on 9th of October 2013, I did electronically serve the foregoing Notice of Motion and Affirmation in Support thereof upon the Clerk of the Court and upon the named Respondent as set forth below, by electronically filing with the ECF system for the U.S. District Court for the District of Colorado:

SUSAN PROSE, ESQ.
ASS'T U.S. ATTORNEY
DISTRICT OF COLORADO
1225 SEVENTEENTH STREET
SUITE 700
DENVER, CO 80202

_____
Bernard V. Kleinman