IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02585-RPM

RAMZI YOUSEF,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____

ORDER GRANTING MOTION TO STRIKE DOCKET ENTRY [48]
_____

      After review of petitioner's Motion to Strike Docket Entry [48], filed October 9, 2013, it is

      ORDERED that the motion [49] is granted and the "Letter", filed as document number [48], is stricken and the entry will indicate "Stricken" Restricted Document - Level 3.

      DATED: October 10th , 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge