IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02585-RPM

RAMZI YOUSEF,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

ORDER GRANTING MOTION TO STRIKE DOCKET ENTRY FOR PROTECTION OF ATTORNEY-CLIENT PRIVILEGE

---

Upon review of Petitioner Ramzi Yousef's Motion to Strike Docket Entry and the Affirmation in Support of Motion submitted by Bernard V. Kleinman, counsel for Yousef, the Court concludes that Yousef's letter to Kleinman [Doc. 48] is protected by the attorney-client privilege, and that the disclosure of the letter via the Court's CM/ECF system was apparently inadvertent. Therefore, it is,

ORDERED that Respondent and its counsel are precluded from utilizing or referring to any information contained in the above-referenced letter, and must return to Mr. Kleinman all copies of the letter and provide a Declaration that all such copies have been destroyed.

Dated: October 10, 2013.

                                                              BY THE COURT:

                                                              s/Richard P. Matsch

                                                              _____
                                                              Richard P. Matsch
                                                              Senior District Judge