IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02585-RPM

RAMZI YOUSEF,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

ORDER DENYING MOTION FOR JOINDER, LEAVE TO INTERVENE AND SUPPLEMENT

---

    Jeremy Pinson and Mikeal Stine, non-party inmates at the U.S. Penitentiary Administrative Maximum Facility, submitted a pro se Motion for Joinder, Leave to Intervene and Supplement [Doc. 47] in this habeas proceeding on October 9, 2013. Pinson and Stine maintain that their circumstances share issues of law and fact common to Ramzi Yousef's habeas corpus Petition, because Pinson was unconstitutionally placed under Special Administrative Measures ("SAMs") earlier this month, and because Stine was unconstitutionally placed on mail restriction on a prior occasion. As such, Pinson and Stine maintain that their rights will be affected by any order from this Court regarding Respondent's authority to impose and enforce SAMs. The Court construes Pinson and Stine's pro se Motion liberally.

    This case is exclusively limited to deciding Petitioner Yousef's federal habeas claim that Respondent has failed to adequately set forth the bases for his continued incarceration

under SAMs. Yousef does not challenge Respondent's authority to impose and enforce SAMs, nor does he challenge the manner in which Respondent imposes SAMs generally. The relevant legal and factual questions are focused solely upon the imposition of SAMs on Yousef. Accordingly, any relief given by the Court would be limited to Yousef's circumstances. Thus, Pinson and Stine cannot show that, in their "absence, the court cannot accord complete relief among existing parties," Fed. R. Civ. P. 19(a); or that they share common questions of law or fact with Yousef, Fed. R. Civ. P. 20(a)(1)(B); or that the disposition of this action will impede or impair their ability to protect any legal interests they may have, Fed. R. Civ. P. 24(a)(2).

Upon the foregoing, it is,

ORDERED that Jeremy Pinson and Mikeal Stine's Motion for Joinder, Leave to Intervene and Supplement be denied.

Dated: October 10, 2013.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge