IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 12-cv-2585-RPM

RAMZI YOUSEF,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

---

**ORDER GRANTING UNOPPOSED MOTION FOR ORDER TO RESTRICT ACCESS TO CERTAIN INFORMATION IN THE ANSWER TO APPLICATION FOR WRIT OF HABEAS CORPUS AND EXHIBITS FILED BY THE UNITED STATES**

---

The Court, having reviewed the above-titled Motion, hereby GRANTS the Motion. It is ORDERED as follows:

- Docket entries 36 [including 36 through 36-14], 37 [including 37 through 37-17], and 38 [including 38 through 38-10] **shall remain subject to a Level 1 restriction on access**;

- The Clerk shall substitute the documents submitted by the United States in connection with this Motion for docket entry 39 [the Answer to the Application], docket entry 39-1 [the Gaus declaration], and docket entry 39-8 [the O'Brien declaration]; and

- The Court accepts the redacted versions of all other documents found at docket entry 39 and docket entry 40.

    Dated: October 30, 2013.

                                             BY THE COURT:

                                             s/Richard P. Matsch

                                             _____
                                             Richard P. Matsch
                                             Senior District Judge