Civil Action No. 12-cv-2585-RPM

## COP-OUT

March 19, 2014

From: Ramzi Yousef, Reg # 03911-000, H-Unit

To: Warden D. Berkebile.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 24 2014
JEFFREY P. COLWELL
CLERK

Subject:

Re: Administrative Remedy ID: 762407-F1

I have filed the above refrenced Adm Remedy (BP-9) challenging certain aspects of the SAM. The response due date for that Adm Remedy after extension is January 25, 2014.

Close to 2 months have passed after the due date, and ADX is still refusing to respond to my BP-9.

I am writing this COP-OUT to notify you and the Court of ADX's refusal to respond to my Adm. Remedy. I talked to Ben Breschke from Legal Dept on this about 2 weeks ago and sent him a similar cop-out. He still didnot respond to my COP-OUT nor Adm. Remedy.

Thank You

Ramzi Yousef

cc: Bernard Kleinman, Attorney.
 - Hon. Richard P. Matsch, U.S. District Judge.
 - Susan Prose, Esq., Assistant U.S. Attorney.