**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-2585-RPM

RAMZI YOUSEF,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

---

**RESPONSE OF THE UNITED STATES OF AMERICA
TO ORDER TO SUPPLEMENT ANSWER [DOC. 76]**

---

Pursuant to the Court's Order of March 17, 2014 [Doc. 76], respondent the United States

of America respectfully submits this supplement to its Answer to Application for Writ of Habeas

Corpus [Doc. 36].

The information responsive to the Court's Order is set forth in the attached declarations

of Mark L. Gaus, Supervisory Special Agent of the Federal Bureau of Investigation, and Stephen

D. Julian, Associate Warden at the United States Penitentiary – Administrative Maximum in

Florence, Colorado (ADX).[1]

---

[1] Shon M. Kuta, the Federal Bureau of Prisons official who submitted a declaration in connection
with the answer to the Application [Doc. 40], recently has transferred from the ADX and is now
the Warden at the Bureau's Metropolitan Correctional Center in Chicago, Illinois.

2

Respectfully submitted this 15th day of April, 2014.

JOHN F. WALSH
United States Attorney

s/*Susan Prose*
SUSAN PROSE
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO  80202
Telephone:  (303) 454-0100
Fax: (303) 454-0407
E-mail: susan.prose@usdoj.gov

Counsel for the United States of America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 15th day of April, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to the following:

Bernard V. Kleinman, Esq.
attrnylwyr@yahoo.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner indicated by the non-participant's name:

**Benjamin J. Brieschke** (email)

*s/ Susan Prose*
Susan Prose