# Exhibit 1

## Declaration of
## Supervisory Special Agent Mark L. Gaus

*Yousef v. United States*,
Civil Action No. 12-cv-2585-RPM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02585-RPM

RAMZI YOUSEF,

      Applicant,

v.

UNITED STATES OF AMERICA,

      Respondent.

---

## THIRD DECLARATION OF MARK L. GAUS

---

I, Mark L. Gaus, pursuant to 28 U.S.C. § 1746, hereby make the following declaration relating to the above-entitled matter:

1.      I am a Supervisory Special Agent of the Federal Bureau of Investigation (FBI), assigned to the National Joint Terrorism Task Force (NJTTF), Correctional Intelligence Initiative, within the Counterterrorism Division at FBI Headquarters in Washington DC.   I have been so assigned since November 7, 2011.

2.      Within the NJTTF, I am the Supervisory Special Agent over the Correctional Intelligence Initiative, which includes the Special Administrative Measures (SAMs) program.   In this capacity, I oversee the FBI's operational role in implementing SAMs nationwide for 29 individuals who are currently incarcerated within the United States either as convicted terrorists or in a pre-trial status, charged with terrorism violations, and I have official supervision and control over all administrative and operational records maintained by the NJTTF with respect to the SAMs

1

program. Among the individuals within my area of oversight in the SAMs program is Petitioner

in this case, Ramzi Yousef, who is presently housed at the United States Penitentiary -

Administrative Maximum in Florence, Colorado.

3.     This is the third declaration which I am submitting to the Court in this matter.[1]

The purpose of this declaration is to respond in part to the Court's Order to Supplement Answer

dated March 17, 2014.   Specifically, this declaration is to respond to item number 12 of the

Order, which directs the United States to "identify any SAMs violations by [Petitioner] since

March 2009."

4.     This declaration is provided based upon my personal knowledge, my review of

documents, and upon information provided to me in my official capacity as a Supervisory Special

Agent in the NJTTF.

5.     To protect national security and to maintain the integrity of the United States'

monitoring under the SAMs and the sources and methods used in that monitoring, the United

States does not necessarily disclose to inmates all of the SAMs violations of which the United

States is aware.   The information set forth here in response to the Court's Order concerning

Petitioner's communications is coextensive with the information that the United States is able to

provide to Petitioner, while at the same time protecting the United States' national security

interests.   *See* December 20, 2010, Memorandum to Yousef re: Notification of Extension of

Special Administrative Measures, Doc. 38-4.

6.     On December 2, 2009, the FBI received from the Federal Bureau of Prisons (BOP)

---

[1] In addition to the declaration I submitted in connection with the Answer to Application for Writ
of Habeas Corpus, *see* Doc. 36-1, I also provided a declaration in support of a motion to restrict
access to certain information contained in the Answer and exhibits to the Answer.

2

a letter handwritten in Arabic from Petitioner, addressed to his spouse.   The letter was translated into English by an FBI linguist.   Transmission of the letter was denied under the SAMs because it contained inquiries pertaining to numerous individuals not on Petitioner's approved contact list. *See* Doc. 38-4 at 3.

7.      On August 5, 2009, the FBI received from the BOP a letter handwritten in Arabic from Petitioner, addressed to his parents, spouse, and daughters.   Transmission of the letter was denied under the SAMs because it contained language in violation of the SAMs.   I discussed this letter in my first declaration.   *See* Doc. 36-1 at ¶ 30; *see also* Doc. 36-13 (letter from Petitioner).

8.      On March 2, 2009, the FBI received from the BOP a letter handwritten in Arabic from Petitioner, addressed to his spouse.   Transmission of the letter was denied because the content of the letter attempted to circumvent the SAMs, in that Petitioner provided schematics of his prison cell, including the placement of security cameras.   *See* Doc. 38-4 at 3.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this _15th_ day of April 2014 in _Washington  D.C._                    .

MARK L. GAUS
Supervisory Special Agent
Federal Bureau of Investigation

3