# Exhibit 2

## Declaration of Associate Warden Stephen D. Julian

*Yousef v. United States*,
Civil Action No. 12-cv-2585-RPM

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2585-RPM

RAMZI YOUSEF,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

## DECLARATION OF STEPHEN D. JULIAN

    I, Stephen D. Julian, pursuant to 28 U.S.C. § 1746, based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-entitled matter:

**I.  Background**

    1.  I am the Associate Warden at the United States Penitentiary – Administrative maximum (ADX) in Florence, Colorado, Federal Bureau of Prisons ("Bureau" or "BOP").  I have been employed with the Bureau in positions of increasing responsibility since 1994.  I began my Bureau career as a Correctional Officer at the United States Penitentiary (USP) in Terre Haute, Indiana.  I transferred to the Federal Correctional Institution in Edgefield, South Carolina, where I was a Senior Officer Specialist and then promoted to Case Manager.  I was a Unit Manager at USP McCreary in Pine Knot, Kentucky.  I was named Unit Manager in the Special Confinement and Communications Management Unit at USP Terre Haute.  I first became an Associate Warden at USP Marion, Illinois, and was named to my current position as Associate Warden at the ADX in August of 2012.

2. As part of my duties as Associate Warden at the ADX, I have responsibility for planning, organizing, supervising, and evaluating diversified operations within the institution. These responsibilities cover a number of departments within the institution.

3. I have knowledge of the operation of all housing units at the ADX, including the Special Security Unit, also known as "H Unit." Inmates with Special Administrative Measures, or "SAMs," are housed in H Unit.

4. I am familiar with inmate Ramzi Yousef, his background, his conditions of confinement, and his security and custody classification. Yousef, who is subject to SAMs, is housed in H Unit.

**II.   Responses to the Court's questions**

5. Question #1: What is the composition of Yousef's cell door, and what is the view it provides to the H Unit range?

Response: Yousef's cell door is composed of hollow steel, which means that there are two layers of steel with space in between. The door is 50 millimeters thick. The door contains a window facing the range, which is the large common area outside Yousef's cell. The tempered-glass window, which measures 5 inches wide by 18 inches long, is composed of a 3-ply laminated polycarbonate. The door also contains a "speak port," an area measuring approximately three inches wide by four inches long, which is composed of a square pattern of four slots on the exterior of the door and round holes on the inside of the door. This speak port allows sound to travel freely from the interior of the cell to the range outside the cell. By means of the speak port, Yousef can communicate with persons outside the cell. He can hear and speak with people standing near his door, as well as inmates who are in the cells next to his and in the cells across the range from his cell. The door also contains a food pass opening, measuring approximately 6 inches wide by 16 inches long, through which meals, mail for the inmate, and other paperwork is passed. The food pass slot provides another opening through which sound

2

travels freely.

Yousef has a broad view of the housing unit from the window in his cell door. Yousef can see both levels of almost the entire range from his cell window. This view encompasses cells and the long walkways in front of the cells, and the common area of the housing unit. From his cell, Yousef can also see the shower area on his floor of the range. It is common for inmates, including Yousef, to look out their cell windows and converse with other inmates on both levels of the range. Yousef has a clear view of both the walkway in front of his cell and the walkways on both levels of the range across from his cell. He can converse with all persons who pass by his cell on a daily basis, including correctional staff and other inmates en route to the shower area.

      6.     <u>Question #2</u>: Does the 42 inch x 7 inch window located in Yousef's cell give him a view to the outside? If so, what can he see?

<u>Response</u>: Yes, this window gives Yousef a view to the outside. Yousef can see one of the outside recreation areas for H Unit inmates, which is an area measuring 7,739.72 square feet. The recreation area typically is used seven days per week, with as many as six inmates recreating at one time. Yousef can see both the inmates participating in recreation and correctional staff as they escort inmates to and from the recreation area. Inmates who are in their cells frequently look out their windows at the inmates who are participating in outside recreation and sometimes carry on conversations with those inmates.

This window also gives Yousef a view of the sky and allows him to see the exterior of both levels of the building. He can see the sun when it is shining and clouds in the sky on overcast days. He can see snow or rain as it falls.

3

7.       <u>Question #3</u>: Describe Yousef's orderly job and how he performs it, including the time he spends out of his cell, where he works, and how he is supervised.

<u>Response</u>:  Yousef is a "range" orderly who is responsible for cleaning the large common area of a housing range on which six H unit inmates live.  Yousef's orderly position is among the most important inmate jobs in H Unit.  He is charged with successfully completing tasks that affect the cleanliness of the range and, therefore, the health of all inmates who reside on the range.

Yousef was selected for the range orderly position by Unit Manager Randy Keyes, at the recommendation of Counselor Stephen Hansen.  Counselor Hansen functions as Yousef's supervisor.  Yousef has held the position of unit orderly since October 8, 2013.  Prior to the range orderly position, Yousef was a recreation orderly.  *See* Kuta Declaration, Doc. 40 at ¶ 44.  Yousef is performing his job duties well at this time.

As part of his job, Yousef is entrusted with the use of cleaning chemicals and industrial cleaning equipment.  He received training in safety regulations and the proper use of this equipment.  His specific job duties include maintaining the large expanse of floors on his level of the unit.  He sweeps, mops and buffs the floors.  He cleans all windows on his level of the unit, including the windows of the inmate cells described in response #1, above, and the windows of the inside recreation area, the medical room, and one staff office located in the unit.  He is responsible for ensuring that all surfaces of the unit are dust-free.  Additionally, he cleans the shower area for the housing range he lives in.  Yousef is allowed to talk with inmates who are in their cells while he is performing his duties on the range.

Yousef typically begins his work at approximately 5 p.m.  Yousef works without any physical restraints, moving freely about the range, as his tasks require.  Correctional officers on the evening watch visually observe Yousef, but otherwise allow him to work unsupervised.  He works a minimum of three to four days each week, for at least one hour each day, and frequently

longer. As circumstances on the unit permit, Yousef is allowed to work longer periods of time and more days per week. Correctional staff make an effort to provide Yousef additional work time on the weekends, when he typically completes deep cleaning tasks that include running the floor buffer.

8. Question #4: How does Yousef access the H Unit library?

Response: H Unit inmates have access to three libraries. To access books and other reading materials in the H Unit leisure library, Yousef submits a verbal or written request to ADX staff. ADX Education staff deliver the materials Yousef has requested to his cell. Yousef may also access the Psychology Services "Self Help" library in the same manner.

Yousef is permitted to leave his cell to use the H Unit law library, which is located on the second floor of the housing range where Yousef lives. The law library is the size of approximately two inmate cells, or approximately 160 square feet. It contains a computer terminal with access to LexisNexis and ample work space. The law library has windows of the same size and type as described in response to questions #1 and #2, above. When Yousef uses the law library, he can look onto the range and converse with persons passing by the library, and with inmates in their cells. He also has a view to the outside.

Inmates typically may use the law library for two-hour periods, as Warden Kuta explained in his declaration. See Kuta Declaration at ¶ 20. However, if there are no other scheduled activities on the unit, an inmate may be permitted to use the library for a longer amount of time, if he desires. An inmate may also be able to receive his lunch in the law library, to allow him to continue to work on his legal projects.

9. Question #5: Is Yousef's daily schedule different from the schedule of other H Unit inmates?

Response: Yes, Yousef's schedule is different in some ways from the schedule of certain other H Unit inmates.

5

As described in response to question #3, above, Yousef is one of seven H Unit range orderlies, out of 28 total inmates who are housed in H Unit. His job duties require at least four (and frequently more) hours of out-of-cell time per week, which inmates not employed as orderlies do not have.

Yousef is in Phase Two of the Special Security Unit Program. Yousef is permitted to go to the shower, unescorted, seven times each week – in comparison with the three showers permitted to inmates in Phase One of the Program. Yousef's schedule is also different from the schedule of Phase One inmates in terms of the number of telephone calls he receives. Yousef receives three 15-minute social telephone calls each month, in comparison with the two telephone calls provided to inmates in Phase One. Yousef's schedule is not the same as H Unit inmates who have advanced to Phase Three of the Special Security Unit Program. Phase Three inmates spend a minimum of one and one-half hours per day on the range in a group of inmates, up to seven days a week, which is in addition to all other out-of-cell time for H Unit inmates. *See* Kuta Declaration at ¶ 59. Phase Three inmates also receive one more social telephone each month than Yousef, for a total of four 15-minute social calls.

10. Question #6: The SAMs allow Yousef to communicate with other inmates during "'pre-designated times,' including during recreation." [Doc. 40 ¶ 24 (Kuta Decl.).] Provide details as to how times are designated and how communication occurs.

Response: Outdoor recreation is the primary "pre-designated" time for inmate-to-inmate communication for SAMs inmates, including Yousef. As described in Warden Kuta's declaration, outdoor recreation takes place in individual recreations areas located in an open-air yard. Kuta declaration at ¶ 26. These individual recreation areas are adjacent to each other. Inmates can talk with each other in a normal tone of voice. Up to six inmates can participate in outdoor recreation at the same time. Many inmates spend most of their recreation time talking with each other. Yousef frequently is seen talking with other inmates during outdoor recreation.

6

Outdoor recreation, which is usually conducted in the morning, typically lasts an average of 1.5 hours for each recreation session.  H Unit inmates receive up to seven days per week of out-of-cell recreation, in contrast with inmates in the ADX General Population units, who do not receive recreation on the weekend.[1]  The H Unit daily recreation schedule rotates between outdoor and indoor recreation, on a bi-weekly basis, Monday through Friday.  The additional two weekend days of outdoor recreation are always conducted outdoors.  A typical two-week recreation schedule for an H Unit inmate is five days of outdoor recreation and two days of indoor recreation one week, followed by four days of outdoor recreation and three days of indoor recreation the next week.  From September 2013 to the present, Yousef consistently has had access to four or five days of outdoor recreation per week, or approximately 6 to 7.5 hours, when he can converse face-to-face with other H unit inmates.

However, as referenced in response to question #1, above, this "predesignated" period of outdoor recreation is not the only time Yousef can communicate with other inmates.  Yousef can speak with other inmates as he conducts his orderly duties, and he can converse with other inmates in the housing unit throughout the day.  *See* Kuta Declaration at ¶ 40.  Many inmates talk with each other during indoor recreation, which is conducted in two separate recreation areas inside the housing unit.  Inmates who are in the indoor recreation areas at the same time can see and hear each other.  They frequently work out together by doing the same exercises at the same time and counting the repetitions together.

    11.    Question #7:  Are inmates allowed to communicate with each other during indoor recreation?  If so, how do they communicate?

Response:  Indoor recreation takes place in individual recreation areas in the housing unit, which are located adjacent to inmate cells.  These recreation areas are approximately the size of two inmate cells, or approximately 160 square feet.  Each individual recreation area

---

[1] In his declaration, Warden Kuta discussed only the Monday through Friday recreation schedule. *See* Kuta declaration at ¶ 25.

contains a tempered glass window that measures 3 feet wide by 5 feet long.

Although there is only one inmate in an indoor recreation area at one time, the inmate who is participating in indoor recreation can still communicate with others.  Just as inmates can speak with each other from cell-to-cell, an inmate in the indoor recreation area can speak with inmates in cells adjacent to the recreation area and to inmates passing by on the range outside the recreation area (for example, an inmate who is being escorted to the shower).  Also, as described in response to question #6, above, inmates in the two recreation areas can see and hear each other and frequently work out together by doing the same exercises at the same time and counting repetitions together.

12. Question #8:  What is Yousef's recreation schedule?  How many days per week does he exercise outdoors?

Response:  At a minimum, Yousef receives 10.5 hours of recreation time each week. As set forth in response to question #6, above, Yousef receives up to seven days per week of out-of-cell recreation.  The daily recreation schedule rotates between outdoor and indoor recreation, on a bi-weekly schedule, Monday through Friday.  Saturday and Sunday recreation is always conducted outdoors.  A typical two-week recreation schedule for an H Unit inmate is five days of outdoor recreation and two days of indoor recreation one week, followed by four days of outdoor recreation and three days of indoor recreation the next week.  From September 2013 to the present, Yousef consistently has exercised outdoors four to five days each week.

13. Question #9:  How long has Yousef been in Phase Two of the Special Security Unit Program?

Response:  Yousef was admitted to Phase Two of the Special Security Unit Program in February 2011.

14. Question #10:  The Kuta Declaration states: "Based on the correctional judgment of ADX personnel, the decision at this time is that Yousef requires more time in Phase Two to assess whether he can safely function in an environment that allows him to be in physical

8

proximity with other inmates."  [Id. ¶ 70.] Who made the decision?

       Response:  The decision was made by Warden David Berkebile.

       14.     Question #11:  Provide a copy of Yousef's most-recent Program Review Report and Progress Report.  The Court currently has on file a Program Review Report from June 23, 2013 and a Progress Report from May 23, 2011.

       Response:  Yousef's newest Program Review, dated December 23, 2013, is appended at Attachment 1.[2] The May 23, 2011 Progress Report reflects the most recent Progress Report for Yousef.  Progress Reports are required once every three years.  *See* Kuta Declaration at ¶ 79. Yousef's next Progress Report is scheduled to be completed in June 2014.

---

[2] Yousef's date of birth and other personal identifying information, including confidential medical information, have been redacted from the Program Review.

9

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on /5 April, 2014, at Florence, Colorado.

Stephen D. Julian
Associate Warden
ADX - Florence

10