# Attachment 1

## Declaration of Associate Warden Stephen D. Julian

*Yousef v. United States*,
Civil Action No. 12-cv-2585-RPM

| Department of Justice | Federal Bureau of Prisons |
|---|---|
| **INMATE SKILLS DEVELOPMENT PLAN** | **Program Review: 12-23-2013** |



| | | | |
|---|---|---|---|
| **Name:** | YOUSEF, RAMZI AHMED | **Institution:** | FLORENCE ADMAX USP |
| **Register Number:** | 03911-000 | | PO BOX 8500 |
| **Security/Custody:** | HIGH/MAX | **Telephone:** | FLORENCE, CO 81226 |
| **Projected Release:** | / LIFE | **Fax:** | (719) 784-9464 |
| | | | 700-739-6800 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 12-15-2013 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 10-16-2013 | **FBI Number:** | |
| **Age/DOB/Sex:** | 45 / / M | **SSN:** | |
| **CIM Status:** | Y | **DCDC Number:** | |
| | If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | [POC] PK | **Release Employer:** | [Name] [Address] |
| **Telephone:** | [Phone] | **Contact Telephone:** | [POC] |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | | **Secondary Emergency Contact:** | [POC] [Address] |
| **Telephone:** | | **Telephone:** | |

**Mentor Information:**

| | |
|---|---|
| **Offenses/Violator Offenses:** | Consp. to Destroy by Explosives Buildings, Vehicles,& Property / Damaging or Destroying WTC Cornplex by Explosive / Damaging or Destroying Buidlings, Vehicles, owned by US Govt / Transporting Explosive Materials in Interstate Commerce / Destruction by IED of a Ryder Van, causing death / Violation of Travel Act / Assault Upon a Federal Oficer with Deadly Weapon / Using/Carrying Destructive Devce in Relation to Assa. Fed. Ofc / Consp. to Damage and Destroy Aircraft / Attempt to Bomb U.S. Commercial Airlines / Consp. toKill a National of US with Intent to Retaliate / Consp. to Unlawfully Use Bomb Against Nationals of US / Use/Cary of a Firearm During/In Relation to Crime of Violence / Bombing Civil Aircraft / |
| **Sentence/Supervision:** | Life / 3 Years - 3559 SRA sentence |
| **Special Parole Term:** | No Special Parole Term |

| Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status |
|---|---|---|---|---|
| 01-08-1998 | 191 Months 15 Days / 1066 Days / 0 Days | 0 / 0 / 0 | 0 / 0 / 0 | Parole Information not applicable |

**Detainers:** ICE / / Possible Deportation / /
**Pending Charges:** None known

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $900.00 | $850.00 | S121:93CR00180004KTD / FNYS / Expired 01-08-2003 | FINANC RESP-NO OBLIGATION $25.00 QUARTERLY |
| FINE USDC | $4500000.00 | $4500000.00 | S121:94CR00180004KTD / FNYS | |
| RESTITUTION NON-FEDERAL VICTIM | $250000000.00 | $250000000.00 | S121:93CR00180004KTD / FNYS | |

| | | | | |
|---|---|---|---|---|
| **Financial Plan Active:** | N | **Comm Dep-6 mos:** | $935.00 | **Cost of Incarceration Fee:** N/A |
| **Financial Plan Date:** | 06-26-2013 | **Commissary Balance:** | $92.56 | |

**Payments**

| Department of Justice | Federal Bureau of Prisons |
|---|---|
| **INMATE SKILLS DEVELOPMENT PLAN** | **PROGRAM REVIEW: 12-23-2013** |

**Commensurate:** N / Documents in file indicate Yousef is only to pay fine and restitution if he receives money from the sale of his account of the WTC bombing. Accordingly, changed to "no obligation."

**Missed:** N

**Judicial Recommendations:** Florence, CO / none / Court recommended resrictions on approved visitors.

**Special Conditions of Supervision:** None

**USPO Sentencing:** Michael Fitzpatrick, Chief
New York Southern Probation Office
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room
New York, NY 10007-1312
**Phone/Fax:** 212-805-0040 / 212-805-0047

**USPO Relocation:** [POC]
[District]
[Street Address/Suite]
[City], [State] [Zip]
**Phone/Fax:** [Phone] / [Fax]

**Subject to 18 U.S.C. 4042(B) Notification:** Y
• Current conviction for a crime of violence (state and federal)

**DNA Required:** Y - [Date]
**Subject to Sex Offender Notifications:** N
**Treaty Transfer Case:** [Y,N]

**Profile Comments:**

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| FLM | ESL HAS | ENGLISH PROFICIENT | 02-03-1998 | CURRENT |
| FLM | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-03-1998 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| NUTRITION MADE CLEAR PART 1 | 11-21-2013 | 27 |
| BITS OF HISTORY | 03-02-2010 | 36 |
| HISTORY OF SCIENCE - PART 2 | 12-30-2009 | 27 |
| BATTLES OF THE ANCIENT WORLD | 12-08-2009 | 24 |
| HISTORY OF SCIENCE - PART 1 | 10-28-2009 | 27 |
| A HISTORY OF IMPRESSIONISM | 08-17-2007 | 12 |
| PHYSICS IN YOUR LIFE - PART 2 | 06-20-2007 | 27 |
| WORLD RELIG-BUDDHISM/JUDAISM | 02-21-2006 | 36 |
| WORLD RELIG-ISLAM/CHRISTIANITY | 06-29-2004 | 36 |
| HOW TO READ POETRY | 11-01-2000 | 36 |
| EINSTEIN AND RELATIVITY | 05-02-2000 | 24 |
| AIR COMBAT | 12-29-1999 | 39 |
| PACIFIC CENTURY | 07-02-1999 | 30 |
| THE HISTORY OF WW II | 07-02-1999 | 39 |
| BEGINNING ALGEBRA | 01-01-1999 | 48 |

Name: **YOUSEF, RAMZI AHMED**　　　　　　　　　　　　　　　　　　　　　　　　RegNo: **03911-000**

### HIGH TEST SCORES

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| Inmate has no score history items in this area | | | | | | |

### WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| FLM | U ORD HB1 | UNIT ORDERLY H UNIT, RANGE B | 10-08-2013 | CURRENT |

### WORK HISTORY

| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
|---|---|---|---|---|
| FLM | U ORD H RC | UNIT ORDERLY H UNIT, REC | 06-27-2013 | 10-08-2013 |

### DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| Inmate has no disciplinary history items in this area | | | | |

### MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| FLM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-14-1998 | CURRENT |

### MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| | Inmate has no movement history items in this area | | |

### CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| FLM | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 05-23-2014 | CURRENT |
| FLM | CFSR | CERT FOOD SINCERITY REMOVAL | 08-21-2012 | CURRENT |
| FLM | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 01-03-2005 | CURRENT |
| FLM | V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 06-17-2002 | CURRENT |

### MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| FLM | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-22-1998 | CURRENT |

Department of Justice | Federal Bureau of Prisons
**INMATE SKILLS DEVELOPMENT PLAN** | **PROGRAM REVIEW: 12-23-2013**

## ACADEMIC

| Status | Response Summary |
|---|---|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
| ✓ | **LITERACY**<br>⊕ GED obtained<br>ⓘ not obtained through BOP |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ✓ | **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊕ possesses word processing skills<br>⊕ possesses internet navigation skills |

**Progress and Goals**

### Previous TEAM 06-23-2013

Progress: No participation in Education programs since the last program review.
Goal: Complete at least one Adult Continuing Education class of choice by the next program review.

### Current TEAM

HAS COMPLETED 1 ACE COURSE SINCE LAST REVIEW. RECOMMEND ENROLL AND COMPLETE ACE WAR & WORLD HISTORY PART 1.

## VOCATIONAL/CAREER

| Status | Response Summary |
|---|---|
| ✓ | **EMPLOYMENT HISTORY**<br>ⓘ employed at time of arrest<br>⊕ consistent employment history within 5 years prior to incarceration |
| ❗ | **CAREER DEVELOPMENT**<br>⊖ does not possess significant expertise in field<br>⊖ no realistic career/job goals upon release |
| ❗ | **INSTITUTION WORK HISTORY**<br>⊖ has no consistent institution work history<br>    Eval: None<br>    Eval: None<br>    Eval: None<br>    Eval: None<br>    Eval: None<br>    Eval: None<br>ⓘ lapses in employment due to disciplinary reasons, writ, etc. |

Name: **YOUSEF, RAMZI AHMED**                                                      RegNo: **03911-000**

## VOCATIONAL/CAREER

| ! | POST INCARCERATION EMPLOYMENT |
|---|---|
| | ⊖ post-incarceration employment not secured |
| | ⓘ unable to locate employment |
| | ⊖ no release documents obtained to date |

**Progress and Goals**

**Previous TEAM 06-23-2013**

No work assignment while incarcerated. If interested in orderly position, speak to Counselor.

**Current TEAM**

No vocational training programs are currently available at ADX Florence.

## INTERPERSONAL

| Status | Response Summary |
|---|---|
| ? | RELATIONSHIPS |
| ? | FAMILY TIES/SUPPORT SYSTEM |
| ? | PARENTAL RESPONSIBILITY |
| ? | COMMUNICATION |

**Progress and Goals**

**Previous TEAM 06-23-2013**

Yousef is encouraged to maintain community ties via phone calls, social visits, and written correspondence, in accordance with SAMs restrictions.

**Current TEAM**

Department of Justice  
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons  
**PROGRAM REVIEW: 12-23-2013**

## WELLNESS

| Status | Response Summary |
|---|---|
| ⊖ | **HEALTH PROMO/DISEASE PREVENT** |
| ⊖ | **DISEASE/ILLNESS MANAGEMENT** |
| ⊖ | **TRANSITIONAL PLAN**<br>⊖ requires medication upon release from custody - See Exit Summary<br>⊕ does not require on-going treatment or follow-up after release from custody<br>ⓘ TB Clearance Complete - See Exit Summary<br>ⓘ RRC placement is not applicable |
| ❓ | **GOVERNMENT ASSISTANCE** |

### Progress and Goals

**Previous TEAM 06-23-2013**

Yousef is encouraged to go to recreation when permitted to promote physical fitness and well being.

**Current TEAM**

## MENTAL HEALTH

| Status | Response Summary |
|---|---|
| ⊖ | **SUBSTANCE ABUSE MANAGEMENT** |
| ✓ | **MENTAL ILLNESS MANAGEMENT** |

Name: **YOUSEF, RAMZI AHMED**                                                             RegNo: **03911-000**

## MENTAL HEALTH

**TRANSITIONAL PLAN**
- no medication required upon release from custody
- does not require on-going treatment after release from custody
- RRC placement not applicable

**APPROPRIATE SEXUAL BEHAVIOR**

### Progress and Goals

**Previous TEAM 06-23-2013**

Inmate has not completed any psychology programming in the last 12 months. He is encouraged to complete 1-2 psychology programs of his own choosing via CCTV or the self-help library in the next 6 months. He has no significant mental health concerns at this time & is to contact Psychology as needed.

**Current TEAM**

Inmate has not completed any psychology programming in the last 6 months. He is encouraged to complete 1-2 psychology programs of his own choosing via CCTV or the self-help library in the next 6 months. He has no significant mental health concerns at this time & is to contact Psychology as needed.

## COGNITIVE

| Status | Response Summary |
|---|---|
| ✓ | **GENERAL BEHAVIOR**<br>• no evidence of behavioral problems as a juvenile<br>• no evidence of behavioral problems as an adult |
| ! | **CRIMINAL HISTORY**<br>⊖ two or more convictions<br>⊖ violent and/or sex offender (current/prior)<br>   weapons violations: Multiple occurrence(s)<br>   other (Destroy Buildings): Single occurrence(s)<br>   other (Damage Destroy WTC): Single occurrence(s) |
| ? | **DOMESTIC VIOLENCE/ABUSE** |
| ? | **CRIMINAL BEHAVIOR** |

### Progress and Goals

**Previous TEAM 06-23-2013**

Yousef has maintained clear conduct since 12-2009. Rapport with staff is satisfactory

**Current TEAM**

Yousef has maintained clear conduct since 12-2009. Rapport with staff is satisfactory. Between now and next program review, Yousef is encouraged to continue to maintain clear conduct and a satisfactory rapport with staff.

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
# PROGRAM REVIEW: 12-23-2013

## CHARACTER

| Status | Response Summary |
|---|---|
| ? | **PERSONAL CHARACTER**<br>⊖ insufficient variety of behaviors to warrant overall positive personal character<br>⊕ evidence of spirituality<br>  talks to a friend or mentor about spiritual/religious issues: Always<br>  active participation in a faith group: Sometimes<br>  connected to outside spiritual/religious community: Never<br>  examines actions to see if they reflect values: Always<br>  finds meaning in times of hardship: Always<br>ⓘ religious assignment: OTHER |
| ? | **PERSONAL RESPONSIBILITY** |

### Progress and Goals

**Previous TEAM 06-23-2013**

If interested, Yousef is encouraged to participate in programs offered by Religious Services.

**Current TEAM**

## LEISURE

| Status | Response Summary |
|---|---|
| ✓ | **USE OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time;<br>⊕ participation in a faith group<br>⊕ family time<br>⊕ computers/video games<br>⊕ reading<br>⊕ hobbies (includes hunting, fishing, etc.) |

### Progress and Goals

**Previous TEAM 06-23-2013**

Yousef is encouraged to paticipate in Recreation Department's Leisure programs (ie. BINGO, BrainStorm, and Trivia).

**Current TEAM**

## DAILY LIVING

| Status | Response Summary |
|---|---|
| ✓ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |

Name: **YOUSEF, RAMZI AHMED**                                                              RegNo: **03911-000**

## DAILY LIVING

| ✓ | **FOOD MANAGEMENT** |
|---|---|
| | ⊕ possesses grocery shopping/consumer skills |
| | ⊕ makes good nutritional choices to maintain health |
| | ⊕ possesses basic food preparation skills |
| | ⊕ knowledgeable in accessing community resources to obtain food |

| ? | **PERSONAL HYGIENE/SANITATION** |
|---|---|

| ? | **TRANSPORTATION** |
|---|---|

| ? | **IDENTIFICATION** |
|---|---|

| ? | **HOUSING** |
|---|---|

| ? | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT** |
|---|---|

| ? | **FAMILY CARE** |
|---|---|

**Progress and Goals**

**Previous TEAM 06-23-2013**

FRP: sign up for $25.00 quarterly. Deposits past six months: $800.00.

**Current TEAM**

FRP status is now NO OBLIGATION.

Department of Justice — Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN
**PROGRAM REVIEW: 12-23-2013**

## INMATE SKILLS STATUS

| Status | Initial Assessment 07-02-2012 | Previous Assessment 06-23-2013 | Current Assessment 12-23-2013 |
|---|---|---|---|
| Attention Required | 20% | 20% | 23.3% |
| Mitigating Issues | 0% | 0% | 0% |
| Unanswered | 42.2% | 42.2% | 36.7% |
| Satisfactory | 36.1% | 36.1% | 38.3% |
| Not Applicable | 1.7% | 1.7% | 1.7% |

| Skill Area | Attention Required | Mitigating Issues | Unanswered | Satisfactory | Not Applicable |
|---|---|---|---|---|---|
| Academic | 0% | 0% | 0% | 100% | 0% |
| Vocational/Career | 90% | 0% | 0% | 10% | 0% |
| Interpersonal | 0% | 0% | 100% | 0% | 0% |
| Wellness | 60% | 0% | 20% | 20% | 0% |
| Mental Health | | | | | |
| Cognitive | 30% | 0% | 50% | 20% | 0% |
| Character | 20% | 0% | 80% | 0% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 0% | 0% | 80% | 20% | 0% |

Generated: 12-23-2013 09:44:59   Page 10   ISDS Version: 1.6.1

Name: **YOUSEF, RAMZI AHMED**                                         RegNo: **03911-000**

## SIGNATURES

| Individual | Signature | Date |
|---|---|---|
| Case Manager:<br>H CASE MGR, K. FLUCK | *[signature]* | 12-23-2013 |
| [ ] Chairperson<br>or<br>[ ] Unit Manager:<br>H UNIT MGR, R. KEYES | K Fluck for UM *[signature]* | 12-23-2013 |
| Inmate:<br>YOUSEF, RAMZI AHMED | X *[signature]* | 12/23/13 |

Appeared at team
participated