# LAW OFFICE OF BERNARD V. KLEINMAN, PLLC
TWO WESTCHESTER PARK DRIVE, SUITE 418
WHITE PLAINS, NY 10604-3404

TEL: (914) 644-6660     EMAIL: attrnylwyr@yahoo.com     FAX: (914) 694-1647

May 13, 2014

Hon. Richard P. Matsch
Sr. U.S. District Judge
District of Colorado
Byron White Courthouse
1823 Stout Street
Denver, CO 80294

Re: Yousef v. United States, 12-cv-2585 (RPM)

Your Honor,

I am the CJA assigned attorney representing the Petitioner, Ramzi Yousef.

On April 16th, 2014, I filed a CJA Motion with the Court requesting (a) CJA Travel Authorization for myself and the Court appointed paralegal to visit with Mr. Yousef, and (b) permission to file a Declaration in Reply to the Government's Response dated April 15th, 2014. See Docket Entry No. 81. The requests were for travel sometime by May 30th, and the filing no later than June 15th.

As of this date the Court has not ruled on my request.

In the interim, I have travel now planned for London the week of May 19th, not retuning to my office until May 27th. On that date I leave for North Carolina and Washington, DC, and am planning on another trip overseas from June 3rd through June 9th. All of this travel relates to other cases, now pending in the Southern District of New York.

I would, therefore, respectfully request that the Court extend the dates in the filed Motion, providing now for travel to ADX-Florence no later than July 3rd, and the filing of any Declaration no later than July 18th, 2014.

Your attention to this matter is greatly appreciated.

Respectfully yours,

Bernard V. Kleinman

*VIA ECF FILING*