IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02585-RPM

RAMZI YOUSEF,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered on May 13, 2014, by Senior District Judge Richard P. Matsch, it is

ORDERED AND ADJUDGED that this civil action is dismissed.

DATED: May 13, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                      M. V. Wentz
              By_____
                        Deputy